# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUSTIN PAULO,<br><br>                           Plaintiff(s),<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br>                           Defendant(s). | Case No. 2:19-cv-00474-APG-NJK<br><br>**ORDER EXTENDING STAY** |

This case was referred to the Inmate Early Mediation Program ("IEM") on February 18, 2020. Docket No. 6. The case was stayed for 90 days to allow Plaintiff and Defendants an opportunity to settle their dispute. Due to the pandemic, the mediation session with a Court-appointed mediator has not been held. The Court now extends the stay until two days after the scheduled IEM. The status report is also due on that date. During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

For the foregoing reasons, it is ordered that the stay is extended until two days after the IEM. The Office of the Attorney General will file the report form regarding the results of the stay by that date.

**IT IS SO ORDERED.**

DATED: August 5, 2020

_____
Nancy J. Koppe
United States Magistrate Judge