**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JUSTIN PAULO,<br><br>                              Plaintiff(s),<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br>                              Defendant(s). | Case No. 2:19-cv-00474-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 16] |

Pending before the Court is Defendants' motion to continue the early mediation. Docket No. 16. For good cause shown, the motion is GRANTED. The mediation as currently scheduled is hereby VACATED. A separate order will issue with a new date.

**IT IS SO ORDERED.**

DATED:  August 28, 2020

_____
Nancy J. Koppe
United States Magistrate Judge