# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN PAULO,<br><br>       Plaintiff(s),<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br>       Defendant(s). | Case No. 2:19-cv-00474-APG-NJK<br><br>**ORDER** |

   The Court previously issued an order establishing the requirements for the inmate early mediation in this case. Docket No. 15. That order continues to govern the inmate early mediation except as **MODIFIED** as follows:

- The inmate early mediation will now commence at **11:15 a.m. on December 4, 2020**;
- The mediator will be David Stephens;
- All participants will attend the mediation by video;
- Mediation statements must be submitted by **November 20, 2020**;
- If Plaintiff is incarcerated at a facility utilizing e-filing, Plaintiff shall request the law librarian to scan his or her mediation brief, along with any exhibits, and email it to InmateMediationBrief@nvd.uscourts.gov. If Plaintiff is at a facility not utilizing e-filing, he or she shall mail the mediation brief to: Office of the Clerk, Attn: Sharon Hardin, Inmate Mediation, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101. The mediation statement should be in an envelope clearly marked "Confidential, Contains Mediation Statement." Plaintiff's mediation statement must be received no later **than 4:00 p.m. on November 20, 2020;**

- Defense counsel must scan the defense's mediation brief, along with any exhibits, and email it directly to the mediator no later than **4:00 p.m. on November 20, 2020**;
- By **November 20, 2020**, Defendants' counsel must also email Sharon Hardin at Sharon_Hardin@nvd.uscourts.gov to provide the email address for each of the participants who will be appearing at the mediation for the defense;
- At a future date, Ms. Hardin will provide instructions for the defense to join the mediation by video; and
- Defendants' counsel must make the necessary arrangements for Plaintiff to appear by video conference and must coordinate with Ms. Hardin thereon.

**IT IS SO ORDERED.** DATED: September 14, 2020

_____
Nancy J. Koppe
United States Magistrate Judge