UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JUSTIN PAULO,

                               Plaintiff,

     v.

BRIAN WILLIAMS, *et al.*,

                               Defendants.

Case No. 2:19-cv-00474-APG-NJK

ORDER

On February 18, 2020, I issued a screening order staying this case so the parties could engage in settlement discussions. ECF No. 6.  During the stay, plaintiff Justin Paulo filed a motion for leave to file an amended complaint, together with an amended complaint. ECF No. 14.  The parties participated in a mediation conference but did not reach a settlement. ECF No 20.  The defendants now move for 30 days to respond to Paulo's motion. ECF No. 22.

I grant the defendants' motion in part.  The defendants shall file any response to Paulo's motion for leave to file an amended complaint by January 6, 2021.  Paulo shall have until January 22, 2021 to file any reply.

The stay remains in effect.  As such, no pleadings or papers may be filed, except as they relate to Paulo's motion to file an amended complaint, and the parties may not engage in any discovery.  The parties are not required to respond to any paper filed in violation of the stay unless specifically ordered to do so.

I THEREFORE ORDER that:

1.      The defendants' motion **(ECF No. 22) is GRANTED** in part.  The defendants shall file any response by January 6, 2021.

2.      Paulo may file a reply to the defendants' response by January 22, 2021.

3.      The stay remains in place.  The parties shall not file any pleadings or papers during the stay, except as they relate to Paulo's motion to file an amended complaint, and the parties may not engage in any discovery.  The parties are not required to respond to any paper filed in violation of the stay unless specifically ordered to do so.

DATED THIS  9th day of December 2020.

_____
UNITED STATES DISTRICT JUDGE

2