1

2                             **UNITED STATES DISTRICT COURT**

3                                     **DISTRICT OF NEVADA**

4

5    JUSTIN PAULO,                                Case No. 2:19-cv-00474-APG-NJK

6           Plaintiff,
                                                              **ORDER**
7    v.
                                                         [Docket No. 34]
8    BRIAN WILLIAMS, et al.,

            Defendants.
9

10           Pending before the Court is Plaintiff's motion to extend discovery deadlines.  Docket No.

11   34.  The Court has considered Plaintiff's motion, Defendants' response,[1] and Plaintiff's reply.

12   Docket Nos. 34, 36-1, 37.  The motion is properly resolved without a hearing.  *See* LR 78-1.

13           "Discovery is supposed to proceed with minimal involvement of the Court."  *F.D.I.C. v.*

14   *Butcher*, 116 F.R.D. 196, 203 (E.D. Tenn. 1986).  Parties should strive to be cooperative, practical,

15   and sensible, and should seek judicial intervention "only in extraordinary situations that implicate

16   truly significant interests."  *In re Convergent Techs. Securities Litig.*, 108 F.R.D. 328, 331 (N.D.

17   Cal. 1985).  Discovery motions will not be considered "unless the movant (1) has made a good

18   faith effort to meet and confer . . . before filing the motion, and (2) includes a declaration setting

19   forth the details and results of the meet-and-confer conference about each disputed discovery

20   request."  LR 26-6(c).

21           Plaintiff requests a 180-day extension of discovery deadlines.[2]  Docket No. 43 at 1.

22   Plaintiff submits that good cause exists for the requested extension because the COVID-19

23

24           [1] On June 8, 2021, Defendants filed a motion to correct for scrivener's errors.  Docket No.
     35.  Defendants submit that their response filed at Docket No. 35 contains grammatical errors and
25   accidentally omits a legal authority.  *Id.* at 3.  Defendants, therefore, ask the Court to substitute its
     response filed at Docket No. 36-1 in place of its response filed at Docket No. 35.  *Id.*  The Court
26   **GRANTS** Defendants' motion and, in resolving the instant motion, has considered their response
     filed at Docket No. 36-1.
27
             [2] Plaintiff submits that he filed the instant motion with assistance from inmate Jesse A.
28   Ross.  Docket No. 34 at 1.

                                                    1

pandemic and "extreme violence" within the prison where he is detained have prevented him from accessing the law library. *Id.* at 3.  Plaintiff submits that this "disruption of normal operations" has delayed his ability to engage in discovery. *Id.*  Plaintiff further submits that he intends to serve additional discovery requests upon reviewing Defendants' responses to his first set of discovery requests. *Id.* at 3–4.

In response, Defendants submit that Plaintiff failed to meet and confer before he filed the instant motion.  Docket No. 36-1 at 8.  Nonetheless, Defendants do not oppose Plaintiff's request for an extension in part and propose a 90-day extension of discovery deadlines. *Id.* at 8.

In reply, Plaintiff asks the Court to grant his request for a 180-day extension of discovery deadlines.  Docket No. 37 at 4.

The Court finds that a 90-day extension of discovery deadlines is appropriate in this case.  Although the Court has considered this motion despite the lack of a proper meet and confer, the Court cautions Plaintiff that he must strictly comply with all rules as this case proceeds.  The Court will not consider a discovery motion without a proper meet and confer.

Accordingly, Plaintiff's motion to extend discovery deadlines, Docket No. 34, is hereby **GRANTED** in part.  The Court extends the deadlines as follows:

- Amend pleadings/add parties: August 30, 2021
- Discovery cutoff: September 27, 2021
- Discovery motions: October 11, 2021
- Dispositive motions: October 27, 2021
- Joint proposed pretrial order: November 29, 2021[3]

IT IS SO ORDERED.

Dated: June 14, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

---

[3] If dispositive motions are filed, this date will be suspended until 30 days after the dispositive motions are decided or further Court order. *See* LR 26-1(b)(5).