# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN PAULO,<br>    Plaintiff(s),<br>v.<br>BRIAN WILLIAMS, et al.,<br>    Defendant(s). | Case No. 2:19-cv-00474-APG-NJK<br>**Order**<br>[Docket No. 59] |

Pending before the Court is a motion to extend the deadline to respond to the order to show cause. Docket No. 59. For good cause shown, the motion to extend is **GRANTED** and Defendants' deadline to respond to the order to show cause is **EXTENDED** to November 29, 2021.[1]

IT IS SO ORDERED.

Dated: November 23, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The alternative request for the Court to not require a response to the order to show cause is **DENIED**.