# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN PAULO,<br>      Plaintiff(s),<br>v.<br>BRIAN WILLIAMS, et al.,<br>      Defendant(s). | Case No. 2:19-cv-00474-APG-NJK<br><br>**Order**<br><br>[Docket No. 62] |

Pending before the Court is a motion to extend the deadline to respond to the order to show cause. Docket No. 62. For good cause shown, the motion to extend is **GRANTED** and Defendants' deadline to respond to the order to show cause is **EXTENDED** to December 13, 2021.

IT IS SO ORDERED.

Dated: November 30, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1