# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN PAULO, | Case No.: 2:19-cv-00474-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Defendants | |

I ordered plaintiff Justin Paulo to show cause why his claims against defendant Richard Snyder should not be dismissed for failure to timely serve him. ECF No. 56.  Paulo did not respond.  I therefore dismiss Paulo's claims against Snyder.[1]

I THEREFORE ORDER that plaintiff Justin Paulo's claims against defendant Richard Snyder are dismissed for failure to timely serve this defendant.

DATED this 17th day of December, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] After I entered the order to show cause, the defendants filed a suggestion of death on the record stating that Snyder passed away on June 20, 2021. ECF No. 58.