# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN PAULO,<br><br>　　　Plaintiff,<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　Defendants. | Case No. 2:19-cv-00474-APG-NJK<br><br>**Order**<br><br>[Docket No. 77] |

　　　Pending before the Court is Plaintiff's motion for leave to file a late response to the Court's order requiring Plaintiff to outline his reasonable costs associated with litigating his motion to compel and his motion for sanctions. Docket No. 77. *See also* Docket No. 75. For good cause shown, the motion for leave to file a late response is **GRANTED**. Docket No. 77. Defendants must respond to Plaintiff's reasonable costs no later than February 2, 2022.

　　　IT IS SO ORDERED.

　　　Dated: January 26, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge