# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN PAULO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　Defendants. | Case No. 2:19-cv-00474-APG-NJK<br><br>**Order** |

On January 5, 2022, the Court ordered Defendants to pay Plaintiff's reasonable expenses in litigating his motion for sanctions and his motion to compel. Docket No. 75. The Court also ordered Plaintiff to submit a motion outlining his reasonable costs associated with litigating the two motions and ordered Defendants to respond to the motion. *Id.* at 6. The Court later granted Plaintiff's request to extend the deadline to file his motion outlining his costs and ordered Defendants to respond by February 2, 2022. Docket No. 78. The deadline to respond has expired, *see* Local Rule 7-2(b), and no response has been filed. *See* Docket.

Plaintiff submits to the Court that his reasonable costs associated with litigating his motions are $3.98 of monetary costs and eight hours of time. Docket No. 77 at 2. He asks the Court to order Defendants to pay a reasonable fee for his time spent litigating. *Id.* Plaintiff is a *pro se* prisoner and is therefore entitled to only his reasonable costs for litigating the motions and not fees for the time he spent litigating the motions. *See Pickholtz v. Rainbow Techs., Inc.*, 284 F.3d 1365, 1376 (9th Cir. 2002) ("Rule 37 does not empower the district court to award attorneys fees to a *pro se* litigant."). The Court finds that costs of $3.98 for the supplies used to file the motions are reasonable. Accordingly, Defendants must pay Plaintiff $3.98 no later than February 18, 2022.

IT IS SO ORDERED.

Dated: February 4, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge