AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

JUSTIN PAULO,

        Plaintiff,

v.

BRIAN WILLIAMS, et al.,

        Defendant.

JUDGMENT For COSTS IN A CIVIL CASE

Case Number: 2:19-cv-00474-APG-NJK

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Costs of $3.98 for the supplies used to file the motions are reasonable. Accordingly, Defendants must pay Plaintiff $3.98 no later than February 18, 2022.

2/4/22
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk