# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN PAULO,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>    Defendants. | Case No.: 2:19-cv-00474-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 82] |

    Pending before the Court is Defendants' unopposed motion to extend the dispositive motions and joint pretrial order deadlines by thirty days. Docket No. 82. A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. For good cause shown, the Court **GRANTS** Defendants' motion, Docket No. 82, and **EXTENDS** the deadlines as follows:

- Dispositive Motions: March 28, 2022
- Pre-trial Order: April 27, 2022, 30 days after resolution of dispositive motions, or further Court Order.

    IT IS SO ORDERED.

    Dated: February 22, 2022

                                                                   Nancy J. Koppe<br>
                                                                   United States Magistrate Judge