# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN PAULO,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>    Defendants. | Case No. 2:19-cv-00474-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 124] |

Pending before the Court is Plaintiff's motion to extend time to file joint pretrial order. Docket No. 124.[1] Defendants filed a non-opposition to the motion. Docket No. 127. For good cause shown, the Court **GRANTS** Plaintiff's motion, Docket No. 124, and **EXTENDS** the deadline to file a joint pretrial order to 30 days after the Court's resolution of Plaintiff's motion for reconsideration.

IT IS SO ORDERED.

Dated: November 8, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court construes *pro se* filings liberally. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).