**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTIN PAULO, | Case No. 2:19-cv-00474-CDS-NJK |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 146] |
| BRIAN WILLIAMS, *et al*., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion to extend time to file joint pretrial order. Docket No. 146.[1]  Defendants failed to respond.  *See* Docket.  Therefore, the motion is properly **GRANTED** as unopposed.  Local Rule 7-2(d).  For good cause shown, the Court **EXTENDS** the deadline to file a joint pretrial order to February 16, 2024.

IT IS SO ORDERED.

Dated: January 19, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court construes *pro se* filings liberally.  *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1