UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN PAULO, | Case No.  2:19-cv-00474-CDS-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND PROPOSED JOINT PRETRIAL ORDER DEADLINE** |
| BRIAN WILLIAMS, *et al.*, | |
| Defendants. | **(FIRST REQUEST)** |

Defendants Jeremy Bean, Jaymie Cabrera, Julio Calderin, Albert Castellan, Bob Faulkner, Monique Hubbard-Pickett, Julie Matousek, Michael Minev, Martin Naughton, Nonilon Peret, Craig Rose, Louisa Sanders, Harold Wickham, and Brian Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Mayra Garay, Deputy Attorney General, of the State of Nevada, Office of the Attorney General; and Plaintiff Justin Paulo, pro se, hereby submit their first[1] stipulation and agreement to extend the deadline to submit their proposed joint pretrial order and respectfully request that the

---

[1]  This Court has already extended the deadline once on Mr. Paulo's unopposed motion. ECF No. 150. This is the parties' first stipulation to extend the deadline.

1 Court extend the deadline to file a proposed joint pretrial order to Monday, March 18,
2 2024. The Parties are requesting the modification in good faith and the request is
3 supported by good cause.

4     LR 26-3 requires that the extension of any date set by the discovery plan,
5 scheduling order, or other order must—as well as satisfying the requirements of LR IA 6-
6 1 to explain the reasons an extension is needed—demonstrate good cause for the
7 extension.

8     Good cause to extend the deadline to file a proposed joint pretrial order exists.
9 Paulo and Defense Counsel have been working together on the proposed joint pretrial
10 order and believe they can continue working together to attempt to streamline this trial
11 and potentially stipulate to evidence, facts, and potential witnesses. However, due to
12 staffing limitations at High Desert State Prison, the institution cannot accommodate the
13 necessary teleconferences that Mr. Paulo and Defendants' Counsel require to finalize the
14 proposed joint pretrial order by the current due date. The Parties therefore respectfully
15 seek a brief extension of the deadline.

16 ///

17

18 ///

19

20 ///

21

22 ///

23

24 ///

25

26 ///

27

28 ///

1    Based on the foregoing, the Parties submit that good cause exists to grant the
2    extension and respectfully request that the deadline to submit a proposed joint pretrial
3    order be moved to Monday, March 18, 2024.

4
5    Dated this 16th of February, 2024, and        Dated this 16th of February, 2024, and
6    Respectfully Submitted by:                     Approved as to form and Content by:

7    AARON D. FORD
     Attorney General
8    _/s/ Mayra Garay_____
9    MAYRA GARAY (Bar No. 15550)                    JUSTIN PAULO, #1128387
     Deputy Attorney General
10                                                  *Plaintiff in proper person*

11   *Attorneys for Defendants*

12
13
14                            IT IS SO ORDERED:
15
16
17
                            _____
18                          UNITED STATES MAGISTRATE JUDGE

19                          Dated:   February 20, 2024
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on February 16, 2024, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND PROPOSED JOINT PRETRIAL ORDER DEADLINE (FIRST REQUEST)** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Justin Paulo, #1128387
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada 89070
Email: HDSP_LawLibrary@doc.nv.gov
*Plaintiff, Pro Se*

/s/ Andrea Beckett
ANDREA BECKETT, an employee of the
Office of the Nevada Attorney General