UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN PAULO,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN WILLIAMS, *et al*.,<br><br>    Defendants. | Case No. 2:19-cv-00474-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 159] |

    Pending before the Court is Plaintiff's motion to unilaterally file pretrial order. Docket No. 159.

    Plaintiff's instant motion submits that Defendants have failed to meet and confer with him and prepare the joint pretrial order and, therefore, Plaintiff asks to file the pretrial order unilaterally and for sanctions. *See* Docket No. 159 at 4. The instant motion was filed one day after the Court's prior order denying Plaintiff's motion to compel Defendants to meet and confer regarding the joint pretrial order. *Compare* Docket No. 156 (order dated February 12, 2024) *with* Docket No. 159 at 5 (motion dated February 13, 2024). Further, the parties have now submitted a stipulation to extend the deadline to file the joint pretrial order. Docket No. 158.

    Accordingly, Plaintiff's motion is **DENIED** as moot. Docket No. 159.

    IT IS SO ORDERED.

    Dated: February 20, 2024

                                                                Nancy J. Koppe<br>                                                          United States Magistrate Judge