UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN PAULO,<br><br>   Plaintiff,<br><br>v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>   Defendant. | Case No. 2:19-cv-00474-CDS-NJK<br><br>**Order**<br><br>[Docket No. 165] |

Pending before the Court is Plaintiff's motion for a copy of his response to Defendants' motion for summary judgment at Docket No. 101. Docket No. 165.[1] It is a litigant's responsibility to maintain copies of his filings. Given Plaintiff's *pro se* status and <u>as a one-time courtesy</u>, however, the Court **INSTRUCTS** the Clerk's Office to mail Plaintiff a copy of his response to Defendants' motion for summary judgment (Docket No. 101). Accordingly, Plaintiff's motion for copies is **GRANTED**. Docket No. 165.

IT IS SO ORDERED.

Dated: February 29, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court construes *pro se* filings liberally. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1