# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JUSTIN PAULO,

    Plaintiff,

v.

BRIAN WILLIAMS, *et al.*,

    Defendants.

Case No.: 2:19-cv-00474-CDS-NJK

**Order**

[Docket No. 166]

    On February 14, 2024, the parties submitted a stipulation to set a settlement conference in this case. Docket No. 157. The Court granted the stipulation and set a settlement conference for March 26, 2024. Docket No. 160. On February 23, 2024, Defendants filed a notice of appeal of this Court's prior order denying Defendants' entitlement to qualified immunity. Docket No. 163 at 1-2. "As a general rule, the filing of a notice of appeal divests a district court of jurisdiction over those aspects of the case involved in the appeal." *Stein v. Wood*, 127 F.3d 1187, 1189 (9th Cir. 1997). Since the appeal involves the Defendants' qualified immunity claim, this Court lacks jurisdiction to hold a settlement conference and, in any event, any settlement conference would be futile at this time.

    Accordingly, the settlement conference set for March 26, 2024, is hereby **VACATED**. Further, the parties' stipulation to excuse the appearance of some Defendants at the settlement conference is **DENIED** as moot. Docket No. 166.

    IT IS SO ORDERED.

    Dated: March 1, 2024

Nancy J. Koppe
United States Magistrate Judge