UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Justin Paulo,

        Plaintiff

  v.

Brian Williams, et al.,

        Defendants

Case No.: 2:19-cv-00474-CDS-NJK

**Order of Appointment of Counsel**

      This case was referred to the Pro Bono Program adopted in the Second Amended General Order 2019-07 for appointment of pro bono counsel. The Court has been informed that pro bono counsel has been identified. Attorneys Jack Burden and Lisa Szyc are hereby appointed as counsel for plaintiff Justin Paulo. The scope of the appointment is for all purposes through the conclusion of the case, but does not extend to the appeal, if any, of a final decision. Accordingly,

      IT IS HEREBY ORDERED that Jack Burden and Lisa Szyc are appointed as pro bono counsel for Paulo pursuant to the United States District Court for the District of Nevada's Pro Bono Program.

      IT IS FURTHER ORDERED that Jack Burden and Lisa Szyc, as appointed counsel, may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

      IT IS FURTHER ORDERED that the Clerk of Court must add Jack Burden and Lisa Szyc to the docket as counsel of record for Paulo.

      IT IS FURTHER ORDERED that Jack Burden and Lisa Szyc will not be charged fees for use of the Court's filing system in this matter for the duration of the appointment.

IT IS FURTHER ORDERED that within 14 days after completion of legal services, Jack Burden and Lisa Szyc must submit a Notice of Completion form to the Pro Bono Liaison.

Dated: June 18, 2024

_____
Cristina D. Silva
United States District Judge