UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Justin Paulo, | Case No. 2:19-cv-00474-CDS-NJK |
| Plaintiff | **Order Closing Case** |
| v. | |
| Brian Williams, et al., | |
| Defendants | |

This matter is currently on appeal with the United States Court of Appeals for the Ninth Circuit. ECF Nos. 143, 163. Because these appeals divest the district court of jurisdiction, the Clerk of Court is kindly instructed to administratively close this case.[1]

Dated: February 19, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] An order administratively closing a case is a docket management tool that has no jurisdictional effect. *Dees v. Billy*, 394 F.3d 1290, 1294 (9th Cir. 2005); *See also Penn West Assocs., Inc. v. Cohen*, 371 F.3d 118, 128 (3d Cir. 2004) ("an order merely directing that a case be marked closed constitutes an administrative closing that has no legal consequence other than to remove that case from the district court's active docket").