**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Justin Paulo,

              Plaintiff

  v.

Brian Williams, et al.,

              Defendants

Case No. 2:19-cv-00474-CDS-NJK

**Order Reopening Case and**
**Setting Status Conference**

       The Ninth Circuit Court of Appeals vacated summary judgment and remanded for the court to consider the merits of plaintiff Justin Paulo's outdoor exercise claim and the defendants' qualified immunity defense.[1] ECF No. 176 at 3–4. The mandate issued. ECF No. 178. However, prior to any briefing, the parties are ordered to appear for a status conference on **August 20, 2025, at 1:30 p.m.** in LV Courtroom 6B. Because this matter was administratively closed in February, the Clerk of Court is kindly directed to reopen it.

       Dated:  August 4, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] Summary judgment was affirmed on Paulo's remaining claims.