UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Justin Paulo,

            Plaintiff

  v.

Brian Williams, et al.,

            Defendants

Case No. 2:19-cv-00474-CDS-NJK

**Order Setting Briefing Schedule**

In August 2025, the Ninth Circuit Court of Appeals vacated summary judgment and remanded for the court to consider the merits of plaintiff Justin Paulo's outdoor exercise claim and the defendants' qualified immunity defense. Mem., ECF No. 176. On August 20, 2025, a status conference was held where the Office of the Attorney General requested additional briefing on the issues and a briefing schedule was set. Mins., ECF No. 182. Following the hearing, the parties requested a stay so that the Ninth Circuit could consider the Attorney General's petition for rehearing on the *McNeil* matter. Status report, ECF No. 183. Then, after the mandate issued in *McNeil*, the Ninth Circuit dismissed the *Paulo* appeal. ECF No. 185. The mandate issued. ECF No. 186.

Accordingly, it is ordered that a new briefing schedule is set. Paulo's supplemental brief is due by April 20, 2026; with a response due by May 20, 2026, and any reply due by June 22, 2026. The court will send the parties to settlement once briefing is complete.

Dated:  February 20, 2026

                                              Cristina D. Silva
                                              United States District Judge