Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jamie L. Clark, Esq.
Nevada State Bar No. 16687
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
Tel.:    (702) 872-5555
Fax:    (702) 872-5545
Email:  jackburden@backuslaw.com
Email:  jamieclark@backuslaw.com
*Attorneys for Plaintiff Justin Paulo*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Justin Paulo,<br><br>Plaintiff<br><br>v.<br><br>Brian Williams, et al.,<br><br>Defendants | **Case No.** 2:19-cv-00474-CDS-NJK<br><br>**STIPULATION AND ORDER REGARDING SUPPLEMENTAL BRIEFING**<br><br>[ECF No. 189] |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Plaintiff's Supplemental Brief, Defendants' Response, and Plaintiff's Reply due dates are extended sixty (60) days.

Due to the prolonged nature of communication between Plaintiff and his counsel, additional time is needed to file supplemental briefing. The parties agree to the following revised timeline:

| Filing | Original Due Date [ECF 188] | Proposed Due Date |
|---|---|---|
| Supplemental Brief | April 20, 2026 | **June 19, 2026** |
| Response | May 20, 2026 | **July 20, 2026** |
| Reply | June 22, 2026 | **August 21, 2026** |

Dated: This 15TH day of April 2026.

**BACKUS | BURDEN**
/s/ *Jamie L. Clark, Esq.*
Jack P. Burden, Esq. (6918)
Jamie L. Clark, Esq. (16687)
3050 South Durango Drive
Las Vegas, NV 89117
T. (702) 872-5555 | F. (702) 872-5545
E. jackburden@backuslaw.com
E. jamieclark@backuslaw.com
*Attorneys for Plaintiff Justin Paulo*

Dated: This 15TH day of April 2026.

**AARON D. FORD**
**Attorney General**
/s/ Victoria C. Corey, *Esq.*
Victoria C. Corey, Esq. (16364)
Office of the Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
T. 702.486.0849
E. vcorey@ag.nv.gov
*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

_____
Hon. Cristina D. Silva
United States District Judge

Dated: April 17, 2026

2